IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY | : | 1:14-cv-2082 |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| LOGAN W. SHERIFF, GEORGE UNGEMACH AND KAREN UNGEMACH, his wife, MICHAEL UNGEMACH AND HENRY SELLS, JR., | : | |
| | : | |
| Defendants. | : | |

# ORDER
### January 27, 2015

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Sheriff's Motion to Dismiss (Doc. 5) is **GRANTED**.

2. Sells' Motion to Dismiss (Doc. 19) is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
